IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBYE McREYNOLDS,

    Plaintiff,

v.

GINNY'S,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-362-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief may be granted.

By: L. Jensen, Deputy Clerk
Peter Oppeneer, Clerk of Court

6/14/2011
Date